UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELIZABETH LEE

   Plaintiff,

v.               Case No. 1:01CV01110
                 ESH/JMF

DIANA WOLFSON, *et al*

   Defendants.

## PRAECIPE

The Clerk of the Court will please mark the above captioned case, and including all claims and cross-claims, as settled and dismissed with prejudice.

               Respectfully submitted,

KOONZ, McKENNEY, JOHNSON,      LAW OFFICES OF ROGER S. MACKEY
 DEPAOLIS & LIGHTFOOT, LLP

_____  #448498  _____  #471484
Frank R. Kearney           Mark J. Beachy   By permission
2020 K Street, N.W., Suite 500      14008 Parkeast Circle
Washington, D.C. 20006        Chantilly, VA 20151
(202) 659-5500           (703) 818-6944
Counsel for Plaintiff         Counsel for Colonial Parking, Inc.


RUBENSTEIN, COGAN, BEEHLER & QUICK, P.C.  HOGAN & HARTSON


_____  #_____  _____  #477023
Cynthia Kaplan Revesman        Eric C. Tew, Esquire   By permission
12 S. Summit Avenue         James A. Hourihan, Esquire  #56374
Gaithersburg, Maryland 20877      555 Thirteenth Street, N.W.
(240) 386-0550           Washington, D.C. 20004
Counsel for Defendant Diana Wolfson   (202) 637-5600
                 Counsel for DaimlerChrysler Corp.

LAW OFFICES
KOONZ, McKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
SUITE 500
2020 K STREET, N.W.
WASHINGTON, D.C. 20006

(202) 659-5500

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was mailed postage prepaid on this $\underline{5}$ day of November, 2003 to the following:

Mark J. Beachy, Esquire
Law Offices of Roger S. Mackey
14008 Parkeast Circle
Chantilly, Virginia 20151

Cynthia Kaplan Revesman, Esquire
Rubenstein, Cogan, Beehler & Quick, P.C.
12 S. Summit Avenue
Gaithersburg, Maryland 20877

James A. Hourihan, Esquire
Eric C. Tew, Esquire
555 Thirteenth Street, N.W.
Washington, D.C. 20004

Frank R. Kearney

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
SUITE 500
2020 K STREET, N.W.
WASHINGTON, D.C. 20006

(202) 659-5500